

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/20

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Thais R. Ridgeway**
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

December 11, 2020

**BY ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

      Re:  *W.A. et al., v. New York City Department of Education,*
           20-CV-07353 (AJN)

Dear Judge Nathan:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education (hereinafter "DOE"), in the above-referenced matter. I submit this joint letter, in conjunction with Britton H. Bouchard, Esq., counsel for Plaintiffs, in compliance with Your Honor's September 15, 2020 Order (Dkt. No. 5) and Your Honor's Individual Rules of Practice § D. The parties jointly request the Court adjourn the initial conference *sine die* in lieu of scheduling a settlement conference before Your Honor (or before a magistrate judge at Your Honor's designation).

      The additional time requested will allow Defense Counsel to review Plaintiffs' attorney timesheets, request appropriate authority, and make a reasonable settlement offer. The parties agree that a discovery schedule would not be warranted at this juncture. Rather, the parties will attempt to resolve Plaintiffs' claims for attorney's fees, costs and expenses in the absence of a need for any additional discovery outside of those documents previously provided by Plaintiff. This is the parties first request for an adjournment of the initial conference and the proposed adjournment will not effect any deadlines currently schedule in the matter. Pursuant to Your Honor's Rules of Practice § D, the parties propose a settlement conference be scheduled February 19, 2021 or February 26, 2021.

12/14/20

*[signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> The initial pretrial conference scheduled for December 18, 2020 is hereby adjourned *sine die.* By separate order, the Court will refer the case to Magistrate Judge Lehrburger. The parties shall provide a status update by March 1, 2021 on whether they continue to wish delaying setting a settlement schedule. SO ORDERED.

Thank you for your consideration of this joint submission.

                                                  Respectfully submitted,

                                                  /s/

                                                  Thais R. Ridgeway
                                                Assistant Corporation Counsel

CC:   **BY ECF**
       Britton H. Bouchard, Esq.
       CUDDY LAW FIRM, PLLC
       5693 South Street Road
       Auburn, New York 13021
       bbouchard@cuddylawfirm.com
       (315) 370-1325